**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERICA SHIPPEN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| | : | **NO. 2:26-cv-02207-MRP** |
| **PLYMOUTH MEETING FRIENDS SCHOOL,** | : | |
| Defendant. | : | |

# ORDER

**AND NOW,** this 16th day of November, 2026, upon consideration of the Motion of Defendant Plymouth Meeting Friends School to Dismiss Plaintiff's Amended Complaint ("Motion") (ECF No. 15), and the responses thereto, and for the reasons stated in the Court's accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED in part and GRANTED in part** as follows:

1. The Motion is **DENIED** with respect to Count I.
2. The Motion is **GRANTED** without prejudice with respect to Count II.

It is **FURTHER ORDERED** that Plaintiff shall file an amended complaint, if any, by **November 30, 2026.** Defendants shall have until **December 14, 2026**, to answer or otherwise respond.

BY THE COURT:

Hon. Mia R. Perez